Cat 3

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS** — Felony

08CR 327

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X   YES ☐**
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO X   YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X   YES ☐**

6) What level of offense is this indictment or information?   **FELONY X   MISDEMEANOR ☐**

7) Does this indictment or information involve eight or more defendants?   **NO X   YES ☐**

8) Does this indictment or information include a conspiracy count?   **NO X   YES ☐**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide (II) | ☐ Income Tax Fraud (II) | ☐ DAPCA Controlled Substances (III) |
| ☐ Criminal Antitrust (II) | ☐ Postal Fraud (II) | ☐ Miscellaneous General Offenses (IV) |
| ☐ Bank robbery (II) | **X Other Fraud (III)** | ☐ Immigration Laws (IV) |
| ☐ Post Office Robbery (II) | ☐ Auto Theft (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
| ☐ Other Robbery (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws (IV) |
| ☐ Assault (III) | ☐ Forgery (III) | ☐ Motor Carrier Act (IV) |
| ☐ Burglary (IV) | ☐ Counterfeiting (III) | ☐ Selective Service Act (IV) |
| ☐ Larceny and Theft (IV) | ☐ Sex Offenses (II) | ☐ Obscene Mail (III) |
| ☐ Postal Embezzlement (IV) | ☐ DAPCA Marijuana (III) | ☐ Other Federal Statutes (III) |
| ☐ Other Embezzlement (III) | ☐ DAPCA Narcotics (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.

Title 18 U.S.C. §1341

_____
CHRISTINA EGAN
Assistant United States Attorney

FILED
APR 17 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE CASTILLO

MAGISTRATE JUDGE DENLOW