08CR 327

Minute Order Form (rev. 4/99)

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge If Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 03 GJ 0090 | DATE | APRIL 17, 2008 |
| CASE TITLE | US v. KAMLESHWAR GUPTA & KAM ENGINEERING, INC | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g. plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

SPECIAL ~~FEBRUARY 2008-2~~ JUNE 2007 LHP

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge  *Maria Valdez*

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT THE DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO KAMLESHWAR GUPTA. NO BOND SET, DEFENDANT IS A BUSINESS AS TO KAM ENGINEERING.

**JUDGE CASTILLO**

**MAGISTRATE JUDGE DENLOW**

**FILED**
APR 17 2008  TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE          (ONLY IF FILED
OR MAGISTRATE JUDGE          UNDER SEAL)

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices.
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date/time received in Central Clerk's office

Number of notices
Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials

DOCKET#