# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of | Case | 08 CR 327 |
| UNITED STATES OF AMERICA, | | Judge: Castillo |
| vs. | | |
| KAMLESHWAR GUPTA | | |
| KAM ENGINEERING, INC. | | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**KAMLESHWAR GUPTA and KAM ENGINEERING, INC.**

| |
|---|
| NAME (Type or print)<br>GEORGE PAPPAS |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ George Pappas |
| FIRM<br>GEORGE PAPPAS, Attorney at Law |
| STREET ADDRESS<br>Three First National Plaza, Suite 3700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>02141272 | TELEPHONE NUMBER<br>(312) 558-6777 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  X          APPOINTED COUNSEL  ☐

Case 1:08-cr-00327   Document 5   Filed 04/21/2008   Page 2 of 2