IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  08 CR 327 |
| | ) | |
| vs. | ) | JUDGE: CASTILLO |
| | ) | |
| KAMLESHWAR GUPTA and KAM ENGINEERING, INC., | ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS
ATTORNEY FOR KAMLESHWAR GUPTA**

George Pappas, the attorney of record for KAMLESHWAR GUPTA and KAM ENGINEERING, INC., requests that he be allowed to withdraw as the attorney for KAMLESHWAR GUPTA, only, for the following reasons:

1. KAMLESHWAR GUPTA advised George Pappas that he retained the law firm of Perkins Coie LLP to represent him in this matter.

2. An attorney from the law firm of Perkins Coie LLP contacted George Pappas and informed him that someone from his firm will be filing an appearance on behalf of KAMLESHWAR GUPTA.

3. George Pappas will remain as the attorney of record for KAM ENGINEERING, INC.

                                                            Respectfully submitted,

                                                            s/*George Pappas*
                                                            GEORGE PAPPAS
                                                            Attorney for Defendants

**GEORGE PAPPAS**
Attorney at Law
Three First National Plaza
Suite 3700
Chicago, Illinois 60602
(312) 558-6777

## CERTIFICATE OF SERVICE

GEORGE PAPPAS hereby certifies that on July 1, 2008, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document: "**MOTION TO WITHDRAW AS ATTORNEY FOR KAMLESHWAR GUPTA**" was served pursuant to the district court's ECF system as to ECF filers.

Respectfully submitted,

    s/ *George Pappas*
GEORGE PAPPAS
Attorney for Defendants
Three First National Plaza, Suite 3700
Chicago, Illinois 60602
(312) 558-6777