IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | NO.  08 CR 327 |
| | ) | |
| vs. | ) | JUDGE: CASTILLO |
| | ) | |
| KAMLESHWAR GUPTA and KAM ENGINEERING, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Ms. Christina Egan, Assistant United States Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on **July 10, 2008, at 9:45 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo, or before such other judge sitting in his place, in Room 2141 at 219 South Dearborn Street, Chicago, Illinois, and present **MOTION TO WITHDRAW AS ATTORNEY FOR KAMLESHWAR GUPTA**, a copy of which is attached hereto and served upon you.

## CERTIFICATE OF SERVICE

GEORGE PAPPAS hereby certifies that on July 1, 2008, in accordance with Fed. R. Crim. P. 49,  Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), I served this notice and the attached document pursuant to the district court's ECF system as to ECF filers to the person(s) named above at the address(es) shown.

    s/ *George Pappas*
GEORGE PAPPAS
Attorney at Law
Three First National Plaza, Suite 3700
Chicago, Illinois 60602
312/558-6777