# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 327 - 1 | **DATE** | 7/3/2008 |
| **CASE TITLE** | USA vs. Kamleshwar Gupta | | |

**DOCKET ENTRY TEXT**

Motion of George Pappas to withdraw as attorney for defendant Kamleshwar Gupta [11] is granted. Status hearing set for 7/23/2008 at 9:30 a.m. will stand.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|