IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CR 327 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| KAMLESHWAR GUPTA | ) | Magistrate Judge Denlow |
| and KAM ENGINEERING, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO FILE APPEARANCES
ON BEHALF OF DEFENDANT KAMLESHWAR GUPTA**

The undersigned attorneys, Pravin B. Rao and Jonathan R. Buck, hereby move pursuant to Local Rule 83.17 for an order allowing them leave to appear as counsel for Defendant, KAMLESHWAR GUPTA, for the following reasons:

1. Pravin B. Rao is a partner at the law firm of Perkins Coie LLP and is admitted to practice before and is a member in good standing of the bar of the State of Illinois and the trial bar of the Northern District of Illinois.

2. Jonathan R. Buck is an associate at the law firm of Perkins Coie LLP and is admitted to practice before and is a member in good standing of the bar of the State of Illinois and the general bar of the Northern District of Illinois.

3. Defendant, KAMLESHWAR GUPTA, contacted Perkins Coie LLP and Mr. Rao and requested that Perkins Coie LLP represent him in this matter.

4. Defendant, KAMLESHWAR GUPTA, previously has been represented in this matter by George Pappas. George Pappas filed a motion to withdraw as attorney for Defendant,

KAMLESHWAR GUPTA, but will continue to represent Defendant, KAM ENGINEERING, INC. The Motion was granted by the Court on July 3, 2008.

Date: July 7, 2008

Respectfully submitted,

PERKINS COIE LLP

By: /s/ Pravin B. Rao
Attorney For Defendant,
Kamleshwar Gupta

By: /s/ Jonathan R. Buck
Attorney For Defendant,
Kamleshwar Gupta

Pravin B. Rao (ARDC #06230097)
Jonathan R. Buck (ARDC #06281672)
PERKINS COIE LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

## CERTIFICATE OF SERVICE

I, Pravin B. Rao, certify that on July 7, 2008, I caused a true and complete copy of the **MOTION FOR LEAVE TO FILE APPEARANCES ON BEHALF OF DEFENDANT KAMLESHWAR GUPTA** to be served via CM/ECF upon:

Christina Egan
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604

George Pappas
Attorney at Law
Three First National Plaza
Suite No. 3700
Chicago, Illinois 60602

                                                 /s/Pravin B. Rao