## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 CR 327

United States of America,
                             Plaintiff,
    v.
Kamleshwar Gupta and Kam Engineering, Inc.,
                             Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kamleshwar Gupta, Defendant

| |
|---|
| NAME (Type or print)<br>Pravin B. Rao |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Pravin B. Rao |
| FIRM<br>Perkins Coie LLP |
| STREET ADDRESS<br>131 South Dearborn Street, Suite No. 1700 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60603-5559 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br># 06230097 | TELEPHONE NUMBER<br>(312) 324-8592 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ✓      APPOINTED COUNSEL ☐ |