U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 CR 327

United States of America,
                    Plaintiff,
        v.
Kamleshwar Gupta and Kam Engineering, Inc.,
                    Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kamleshwar Gupta, Defendant

| | |
|---|---|
| NAME (Type or print) | |
| Jonathan R. Buck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jonathan R. Buck | |
| FIRM | |
| Perkins Coie LLP | |
| STREET ADDRESS | |
| 131 South Dearborn Street, Suite No. 1700 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603-5559 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| # 06281672 | (312) 324-8644 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☑   APPOINTED COUNSEL ☐ | |