## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 327 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Gupta, et al. | | |

**DOCKET ENTRY TEXT**

Motion for leave to file appearances of Pravin B. Rao and Jonathan R. Buck on behalf of defendant Kamleshwar Gupta [14] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|