IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CR 327 |
| v. | ) | |
| | ) | Judge Ruben Castillo |
| KAMLESHWAR GUPTA | ) | |
| and KAM ENGINEERING, INC., | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

### NOTICE OF AGREED MOTION

TO:　Christina Egan　　　　　　　　　　　George Pappas
　　　Assistant United States Attorney　　　Attorney at Law
　　　219 South Dearborn Street, 5th Floor　Three First National Plaza
　　　Chicago, Illinois 60604　　　　　　　Suite No. 3700
　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602

　　　**PLEASE TAKE NOTICE** that on **Wednesday, August 20, 2008**, at **9:45 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Ruben Castillo, or any judge sitting in his stead, in Courtroom 2141 in the United States District Courthouse at 219 South Dearborn Street, Chicago, Illinois, and then and there present the **AGREED MOTION FOR MODIFICATION OF RELEASE ORDER**, a copy of which is attached hereto and herewith served upon you.

Date: August 13, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　KAMLESHWAR GUPTA, Defendant,


　　　　　　　　　　　　　　　　　　　　　By:　/s/ Jonathan R. Buck
　　　　　　　　　　　　　　　　　　　　　　　Attorney For Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Kamleshwar Gupta

Pravin B. Rao (ARDC #06230097)
Jonathan R. Buck (ARDC #06281672)
PERKINS COIE LLP
131 South Dearborn Street
Suite No. 1700
Chicago, Illinois 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

68773-0001/LEGAL14581437.1