Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 327 | **DATE** | 8/14/2008 |
| **CASE TITLE** | United States of America vs. Kamleshwar Gupta | | |

**DOCKET ENTRY TEXT**

MOTION by Kamleshwar Gupta, USA, Kam Engineering, Inc. to modify conditions of release as to Kamleshwar Gupta (20) is granted. The order setting conditions of release is modified to allow travel within the continental United States.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|

2008 AUG 14 PM 4:50

U.S. DISTRICT COURT
CLERK
FILED